# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Gayla Looking Back, | ) |
|     Plaintiff, | ) **ORDER** |
| vs. | ) |
| Whitewater West Industries Ltd., | ) Case No. 1:17-cv-144 |
|     Defendant. | ) |

On December 28, 2017, the parties filed a Stipulation for Dismissal. The court **ADOPTS** the parties' stipulation (Doc. No. 9) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without further costs to either party.

Dated this 29th day of December, 2017.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr., Magistrate Judge
                                           United States District Court